Sally A. McLEAN, Respondent,

v.

Roger J. McLEAN, Appellant.

No. 47894.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 18, 1984.

Harold G. Johnson, St. Ann, for appellant.

Thomas J. Frawley, St. Louis, for respondent.

ORDER

PER CURIAM.

Husband appeals from a decree of legal separation. Judgment is affirmed in accordance with Rule 84.16(b).